United States District Court
for the
Southern District of Florida

| Deceide Gustave and others, Plaintiffs, | ) ) ) | |
|---|---|---|
| v. | ) ) ) | Civil Action No. 19-23961-Civ-Scola |
| SBE ENT Holdings, LLC and others, Defendants. | ) ) | |

### **Order Granting Unopposed Motion for Substitution of Party**

Before the Court is Plaintiff John Doe's unopposed motion for substitution of party. (ECF No. 45.) Federal Rule of Civil Procedure 25 governs the substitution of parties and it provides: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. . . ." Fed. R. Civ. P. 25(a)(1). One of the eighteen plaintiffs in this action was named "John Doe, as and in the Capacity of the to be Named and or Unnamed Personal Representative of the Estate of Jose Sanchez." (Compl., ECF No. 1.) The motion avers that on February 25, 2020, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida appointed Alicia Grisel Sanchez as the Personal Representative of the Estate of Jose Sanchez. (ECF No. 45 at ¶ 5.)

Accordingly, the Court **grants** the unopposed motion to substitute Alicia Grisel Sanchez as Personal Representative of the Estate of Jose Sanchez in the place of the Plaintiff named "John Doe, as and in the Capacity of the to be Named and or Unnamed Personal Representative of the Estate of Jose Sanchez." (**ECF No. 45**.)

**Done and ordered** at Miami, Florida on February 28, 2020.

_____
Robert N. Scola, Jr.
United States District Judge