United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Deceide Gustave and others, Plaintiffs,<br><br>v.<br><br>SBE ENT Holdings, LLC and others, Defendants. | Civil Action No. 19-23961-Civ-Scola |

### Order Adopting Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion for attorneys' fees. On September 7, 2021, Judge Torres entered a report recommending that the motion be granted in part and denied in part, and that the Court award the Plaintiffs' $225,590 in attorney's fees. (Report & Recommendations, ECF No. 182.) The parties had seven days to object to the report. No objections have been filed and the time to do so has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court agrees with Judge Torres's recommendation that the rates for senior attorneys Alderman, Johnson, and Alonso should be reduced to comport with rates in the South Florida legal market. The Court also approves the recommended rates for Attorney Tolentino and the paralegals and law clerk. Consistent with the report, the Court approves the following hourly rates: (1) $450/hour for Mr. Alderman, (2) $400/hour for Ms. Johnson, (3) $400/hour for Ms. Alonso, (4) $300/hour for Mr. Tolentino, and (5) $150/hour for each paralegal and law clerk.

The Court adopts Judge Torres's findings that the hours expended are excessive and a thirty percent across the board cut is appropriate under the circumstances. Accordingly, the number of hours expended are reduced as follows: (1) 162.4 hours for Mr. Alderman, (2) 31.3 hours for Ms. Johnson, (3) 65.5 hours for Ms. Alonso, (4) 297.9 hours for Mr. Tolentino, (5) and 162.8 hours. Lastly, the Court agrees that a fee multiplier is not appropriate under circumstances.

For these reasons, Judge Torres's report is **adopted**, the Plaintiffs' motion for attorney's fees is **granted in part and denied in part (ECF No. 182)**, and the Plaintiffs are awarded a total of **$225,590** in attorney's fees. The parties are directed to meaningfully confer and reach an agreement regarding

the date by which payment must be made.

**Done and ordered** at Miami, Florida, on September 16, 2021.

Robert N. Scola, Jr.
United States District Judge