United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Deceide Gustave and others, Plaintiffs,<br><br>v.<br><br>SBE ENT Holdings, LLC and others, Defendants. | Civil Action No. 19-23961-Civ-Scola |

### Order Adopting Magistrate's Report and Recommendations

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiffs' motion for costs in the amount of $48,065.01. On September 10, 2021, Judge Torres entered a report recommending that the motion be granted in part and denied in part, and that the Court award the Plaintiffs' $35,385.01 in costs. (Report & Recommendations, ECF No. 183.) The parties had seven days to object to the report. No objections have been filed and the time to do so has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

Accordingly, the report and recommendation is **adopted** in its entirety, the Plaintiff's motion is **granted in part and denied in part (ECF No. 148)**, and the Plaintiff is awarded **$35,385.01** in costs. The parties are directed to meaningfully confer and reach an agreement regarding the date by which payment must be made.

**Done and ordered** at Miami, Florida, on September 26, 2021.

_____
Robert N. Scola, Jr.
United States District Judge