United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Deceide Gustave and others, Plaintiffs, | ) ) ) |
| v. | ) ) ) ) |
| SBE ENT Holdings, LLC and others, Defendants. | ) ) ) |

Civil Action No. 19-23961-Civ-Scola

### Order Adopting the Magistrate Judge's Report And Recommendation

Neither party has objected to Magistrate Judge Torres's Report and Recommendation (**ECF No. 201**) concerning the Plaintiff's motion for supplemental judgment (ECF No. 188) and the time to do so has passed.

A district court need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g.*, *id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Finding no plain error with Judge Torres's Report and Recommendation (**ECF No. 201**), the Court **adopts it in full**. Accordingly, the Court **grants in part and denies in part** the Plaintiff's motion (**ECF No. 188**). The Plaintiff is hereby awarded post-judgment interest in the amount of $205.81, for which let execution lie. All other interest or fees requested in the motion is denied. Any other pending motions are **denied as moot**. This case will remain **closed**.

**Done and ordered** at Miami, Florida, on September 7, 2022.

_____
Robert N. Scola, Jr.
United States District Judge